IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA    *
                            *
v.                          *     CR 493-0082-12
                            *
JAMES CLIFFORD WILLIAMS     *

O R D E R

Before the Court is Defendant's motion to seal Exhibits A-D to his motion to reduce sentence pursuant to the First Step Act of 2018, which was filed on November 15, 2019. For good cause shown, **IT IS HEREBY ORDERED** that the motion to seal (doc. 986) is **GRANTED**. The Clerk is directed to docket and seal Exhibits A-D to Defendant's First Step motion.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of December, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA