IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JAMES CLIFFORD WILLIAMS,<br><br>Defendant. | CIVIL ACTION NO.: 4:93cr-82-12 |

## ORDER

The United States Court of Appeals for the Eleventh Circuit having affirmed the U.S. District Court's decision,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED** this 6th day of August, 2024.

_____
JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA